# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CAROLYN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:19-cv-02018-TLP-dkv |
| v. | ) | |
| | ) | JURY DEMAND |
| IBERIABANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING PROCEEDINGS UNDER 9 U.S.C. § 3

Defendant has moved to dismiss the complaint or, in the alternative, to compel arbitration. (ECF No. 14.) The parties have now stipulated to the Court granting Defendant's Motion to Compel Arbitration and issuing a stay of these proceedings pending the resolution of arbitration. (ECF No. 20.)

As such, Defendant's Motion to Compel Arbitration is GRANTED. The Motion to Dismiss is DENIED AS MOOT.

Furthermore, the Court Orders that this matter is STAYED under 9 U.S.C. § 3 pending the completion of arbitration between the parties.

In light of this Order, the status conference set for April 16, 2019, and any other pending conferences, are CANCELLED.

**SO ORDERED**, this 15th day of April, 2019.

                                                s/Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE